Mary Ann Sigmund Miller WENNIGER, Widow of William W. Miller and Co-Anministratrix of the Estate of William W. Miller, and Lindley G. Miller, Co-Administrator of the Estate of William W. Miller, Appellants,

v.

UNITED STATES of America.

No. 15233.

United States Court of Appeals Third Circuit.

Argued Oct. 22, 1965.

Decided Nov. 24, 1965.

Edmund N. Carpenter, II, E. N. Veasey, Wilmington, Del. (Charles F. Richards, Jr., Richards, Layton & Finger, Wilmington, Del., on the brief), for appellants.

Lawrence R. Schneider, Washington, D. C. (John W. Douglas, Asst. Atty. Gen., Alexander Greenfeld, U. S. Atty., Morton Hollander, Attorney, Department of Justice, Washington, D. C., on the brief), for appellee.

Before McLAUGHLIN, FORMAN and GANEY, Circuit Judges.

PER CURIAM.

This case was carefully and fairly tried by the district court. It contains no substantial error. The judgment will be affirmed.

---

UNITED STATES of America ex rel. Frank J. PAPY, Jr., Appellant,

v.

James F. MARONEY, Superintendent, State Correctional Institution, Pittsburgh, Pennsylvania.

No. 15411.

United States Court of Appeals Third Circuit.

Submitted Nov. 18, 1965.

Decided Nov. 26, 1965.

Frank J. Papy, Jr., pro se.

Abner H. Silver, Philadelphia, Pa. (Joseph M. Smith, Asst. Dist. Atty., Chief, Appeals Division, F. Emmett Fitzpatrick, Jr., First Asst. Dist. Atty., James C. Crumlish, Jr., District Atty., Philadelphia, Pa., on the brief), for appellee.

Before KALODNER, Chief Judge, and McLAUGHLIN and SMITH, Circuit Judges.

PER CURIAM.

On review of the record we find no error. The Order of the District Court of April 22, 1965, denying the petition for writ of habeas corpus will be affirmed.